# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 5D2025-0243
L.T. Case No. 2010-CF-010207-A

———————————————

TONY O. MOBLEY,

   Appellant,

   v.

STATE OF FLORIDA,

   Appellee.

———————————————

3.850 Appeal from the Circuit Court for Duval County.
Meredith Charbula, Judge.

Tony O. Mobley, Madison, pro se.

James Uthmeier, Attorney General, and Anne C. Conley, Assistant Attorney General, Tallahassee, for Appellee.

May 13, 2025

PER CURIAM.

   AFFIRMED. *See* Fla. R. App. P. 9.315(a).

LAMBERT, EISNAUGLE, and MACIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____